# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131167

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONNELL HOLMES,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131167
COA: 259586
Wayne CC: 04-007184-01

On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

t0821